The People of the State of New York ex rel. Martha H. Lind, Respondent, v. The City of New York and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissenting.)

Niagara Woolen Company, Appellant, v. Pacific Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Scott, J., dissenting.)

Derbyshire Coffee Company and Others, Respondents, v. Ætna Indemnity Company, Impleaded with Isidor O. De Pass, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sarah Bayley, as Ancillary Administratrix, etc., of Mary E. Bayley, Deceased, Respondent, v. Joseph Bayley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jennie Sevess, an Infant, by Margaret Sevess, Her Guardian ad Litem, Respondent, v. Arthur W. Lincoln, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Maier Salzman, Respondent, v. The City of New York and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissenting.)

Henry Leerburger, Appellant, v. Hennessey Realty Company, Respondent.— Order affirmed. with ten dollars costs and disbursements. No opinion. (Laughlin, and Clarke, JJ., dissenting.)

Ellen McLaughlin, Respondent, v. Peter J. McLaughlin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edgar J. Levey, Respondent, v. Hermine R. Loening and Others, Impleaded with Eugene Rubino, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Gordon and Others, Appellants, v. Max Woldowsky, Trading under the Name of Hudson Live Poultry Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum per curiam.

George R. Hall, Appellant, v. Frances May Williams Hall, Respondent.— Order modified by reducing alimony to $100 a month and counsel fee to $150, and as modified affirmed, without costs. No opinion. Settle order on notice.

American Bridge Company of New York, Respondent, v. Richard W. Buckley, Appellant, Impleaded with A. G. Kranich and Victor Kranich, American Bridge Company of New York, Respondent, v. Richard W. Buckley, Impleaded with A. G. Kranich and Victor Kranich, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Florenz Ziegfeld, Jr., Respondent, v. Nora Bayes Norworth and Jack Norworth, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and Scott, JJ., dissenting.)

Minnie Mainthow v. Harold Mainthow.— Motion for stay denied. Settle order on notice.

Celia Cohen v. Joseph Cohen.— Motion denied.